**Ndeye Marieme NDIAYE, Respondent,**

v.

**Cheikh Ibra SEYE, Appellant.**

**No. WD 76284.**

Missouri Court of Appeals, Western District.

April 22, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied Aug. 19, 2014.

Linda G. Harris, Columbia, MO, for respondent.

James C. Ochs and Patrick T. Ochs, St. Louis, MO, for appellant.

Before Division III: THOMAS H. NEWTON, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Mr. Cheikh Ibra Seye appeals from the Judgment of the Circuit Court of Boone County, Missouri, denying his motion to modify child custody, visitation, and child support and granting Ms. Ndeye Marieme Ndiaye's counter-motion to modify custody, visitation, and child support. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).